USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/29/19

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANE DOE,** | |
| **Plaintiff,** | |
| -against- | |
| **DAVID K. TOWNES,** | |
| **Defendant.** | |

**19-cv-8034(ALC)**

**ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY RESTRAINING
ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Upon (i) the complaint filed in this action, (ii) the declaration of Danilo Bandovic; and (iii) the accompanying Memorandum of Law, it is hereby

**ORDERED**, that the above-named Defendant show cause before a motion term of this Court, at Courtroom 1306, the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City, County, and State of New York, on **September 11, 2019, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendant during the pendency of this action from engaging in the conduct subject to the temporary restraining order described below;

**ORDERED**, that sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant his agents, servants, employees, attorneys, and all others in active concert or participation with Defendant, are temporarily restrained and enjoined from:

1.  Contacting Plaintiff and Plaintiff's son;

2.  Acting on or making further threats of blackmail, extortion, retaliation and physical violence against Plaintiff and her son;

3.   Using any other means to further intimidate and retaliate, defame, and destroy Plaintiff's reputation;

4.   Revealing Plaintiff's name to the media or any other third party, other than Defendant's attorney;

5.   Utilizing the rolodex and any other materials that Defendant unlawfully obtained from Plaintiff's computer;

6.   Destroying evidence;

7.   Destroying Plaintiff's physical property still in the possession of Defendant;

**ORDERED** that Defendant submit a Response to the Application, in writing, to be filed with the Court and served upon attorneys for Plaintiff by delivering copies thereof to the offices of Derek Smith Law Group, PLLC, 1 Penn Plaza, Suite 4905, New York, New York, 10119, by **September 4, 2019 at 5:00 p.m.**

**ORDERED** that personal service of a copy of this order and annexed affidavit upon Defendant or Defendant's counsel on or before **10:00 a.m. on August 29, 2019**, shall be deemed good and sufficient service thereof.

**SO ORDERED.**

**Dated: August 28, 2019**
         **New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge

2