IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

19 cv 8034 ( )( )

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

**DAVID TOWNES**
Name (Last, First, MI)

**250 Park Ave 10th Floor**
Address / City / State / Zip Code: New York 10177

**646-596-1003**
Telephone Number

E-mail Address (if available)

Date: Oct 25, 2019

Signature: /s/ David Townes

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-19
```

2019 OCT 25 PM 12: 35

SDNY PRO SE OFFICE
RECEIVED