```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-6-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JANE DOE,

                      Plaintiff,

          -against-

DAVID K. TOWNES,

                      Defendant.

------------------------------------------------------------ x

1:19-cv-08034 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephone status conference in this matter at **2:00 p.m. on Monday, November 18, 2019**. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted should dial the conference code 3768660.

In addition, the Court is in receipt of Defendant's Application for the Court to Request Counsel Pursuant to 18 U.S.C. § 3006A(g). Because this is a civil case not involving a habeas corpus petition, Defendant's request is **DENIED**. *See generally* 18 U.S.C. § 3006A. Should Defendant require pro bono counsel, he must submit an Application for the Court to Request Pro Bono Counsel and an Application to Proceed *In Forma Pauperis*. *See* United States District Court, Southern District of New York, *How to Find an Attorney*, http://www.nysd.uscourts.gov/prose?attorney.

**SO ORDERED.**

Dated:  November 6, 2019
             New York, New York

                                              ANDREW L. CARTER, JR.
                                              United States District Judge

COPIES MAILED