USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-14-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
JANE DOE,

                Plaintiff,

      -against-

DAVID K. TOWNES,

                Defendant.
---------------------------------------------------------- x

1:19-cv-08034 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated November 6, 2019, requesting an adjournment. ECF No. 24 Accordingly, the Telephone Status Conference initially scheduled for 2:00 p.m. November 18, 2019 is **ADJOURNED** until **10:00 a.m. on Monday, November 25, 2019**. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted should dial the conference code 3768660.

SO ORDERED.

Dated: November 14, 2019
        New York, New York

                                          ANDREW L. CARTER, JR.
                                          United States District Judge

COPIES MAILED