```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE,                                                   :
                                                            :
                              Plaintiff,                    :         19-CV-8034 (ALC) (OTW)
                                                            :
               -against-                                    :              **ORDER**
                                                            :
DAVID K. TOWNES,                                            :
                                                            :
                              Defendant.                    :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Judge Carter has referred Plaintiff's motion for contempt of court, ECF 17, to me for a report and recommendation. (ECF 27). Accordingly, at the scheduled February 6, 2020 initial case management conference, I will also hold an evidentiary hearing on Plaintiff's motion. The parties shall be prepared to present evidence and oral argument on the motion. By **January 31, 2020**, Plaintiff shall file a letter indicating (1) whether she intends on calling witnesses at the hearing, (2) what other evidence, if any, Plaintiff intends to present at the hearing, and (3) a time estimate for presentation of evidence. If Defendant intends on presenting any evidence in opposition to Plaintiff's motion, he shall also file a similar letter by **January 31, 2020**.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

Dated: January 17, 2020  
New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge