UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JANE DOE,

                Plaintiff,              19-CV-8034 (ALC) (OTW)

      -against-                  **ORDER**

DAVID K. TOWNES,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Initial Case Management Conference and Evidentiary Hearing on Plaintiff's Motion for Contempt of Court, previously scheduled for February 6, 2020, will both be held on **Wednesday, March 4, 2020 at 3:30 p.m.** in Courtroom 20D, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

Dated: February 6, 2020
       New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                          United States Magistrate Judge