```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
JANE DOE,                                   :
                                            :
                          Plaintiff,        :    19-CV-8034 (ALC) (OTW)
                                            :
            -against-                       :        **ORDER**
                                            :
DAVID K. TOWNES,                            :
                                            :
                          Defendant.        :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff filed certain emails in support her motion to find Defendant in civil contempt of Court. (ECF 17-1 at Exhibits D-G). The emails, Exhibits D-G, were not filed with their corresponding attachments. The parties appeared for an evidentiary hearing in front of this Court on March 4, 2020. At the hearing, Plaintiff's counsel stated to the Court that he was in possession of the emails and attachments.

**Plaintiff is directed to file on the docket the emails, with corresponding attachments to each email, by April 14, 2020.** Plaintiff shall redact her name from the documents. Plaintiff shall email unredacted versions to Chambers at Wang_NYSDChambers@nysd.uscourts.gov. Plaintiff is warned that failure to file the emails and attachments may negatively impact her motion to find Defendant in civil contempt.

Plaintiff is directed to mail a hard copy of this Order to Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated: April 7, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge