UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JANE DOE,
:
:
       Plaintiff,  :  19-cv-8034 (ALC) (OTW)
:
    -against-  :  **REPORT & RECOMMENDATION**
:
DAVID K. TOWNES,  :
:
       Defendant.  :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

**TO THE HONORABLE ANDREW L. CARTER, United States District Judge,**

**I.**   **The Preliminary Injunction Should be Modified**

For the reasons stated in my May 12, 2020 Opinion and Order denying Plaintiff's motion to proceed anonymously (ECF 44), I recommend that Judge Carter modify the provisions of the September 20, 2019 Preliminary Injunction (ECF 11) to delete the phrase that enjoins Defendant from "[r]evealing Plaintiff's name to the media or any third party, other than Defendant's attorney."

**II.**   **Objections**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days (including weekends and holidays) from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6 (allowing three (3) additional days for service by mail). A party may respond to any objections within fourteen (14) days after being served. Such objections, and any responses to objections, shall be addressed to the Honorable

Andrew L. Carter, United States District Judge. **Any requests for an extension of time for filing objections must also be directed to Judge Carter.** If Defendant wishes to review, but does not have access to, cases cited herein that are reported on Westlaw, he should request copies from Plaintiffs. *See Lebron v. Sanders*, 557 F.3d 76, 79 (2d Cir. 2009).

**FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW.** *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *Wesolek v. Canadair Ltd.*, 838 F.2d 55, 58 (2d Cir. 1988); *McCarthy v. Manson*, 714 F.2d 234, 237-38 (2d Cir. 1983).

**The Plaintiff is directed to email and mail a copy of this Report to the** *pro se* **Defendant and file proof of service on the docket within seven (7) days of this Report and Recommendation.**

Respectfully submitted,

Dated: May 12, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge