

**MEMO ENDORSED**

July 23, 2020

**VIA ECF**
Ona T. Wang
United States Courthouse
500 Pearl Street
New York, NY 10007

> The July 30 conference is hereby adjourned to **2:30 pm on July 31.** Plaintiff's counsel, with Defendant on the line, shall call (866) 390-1828, access code 1582687. Plaintiff's counsel is directed to email this Order to Defendant. ECF 54 resolved. SO ORDERED.
>
> _____
> Ona T. Wang 7.24.20
> U.SM.J.

Re:   Doe v. Townes 1:19-cv-08034-ALC
      Letter Requesting to Adjourn Telephonic Conference Scheduled for July 30, 2020
      And to Provide a Case Status Update

Dear Judge Wang,

This firm represents Plaintiff in the above captioned matter. We write to respectfully request an adjournment for the telephonic conference currently scheduled for **July 30, 2020 at 11 A.M**. The reason for this adjournment request is because Plaintiff's counsel is scheduled for a mediation with the EEOC on July 30, 2020 beginning at 10:30 A.M. For this reason, Plaintiff's counsel will not be able to appear during the scheduled telephonic conference.

Plaintiff's counsel respectfully requests that Your Honor re-schedule a telephonic conference for the week following (August 3 – 8), or any other time this Court is available.

The current status of the case is that Plaintiff is ready to proceed with setting dates for discovery and proceeding with litigation. On January 29, 2020, Plaintiff filed a Rule 26(f) Discovery Plan Report [ECF33] for which Defendant Townes did not provide information. During the Evidentiary Hearing held on March 4, 2020, Your Honor indicated that that the Court would wait to rule on the Discovery Plan until the remaining motions are decided. Plaintiff is ready to proceed with discovery in this matter and to set discovery deadlines and motion deadlines during the next scheduled call.

To further expedite this matter, Plaintiff requests a settlement conference or mediation with your Honor, Judge Ona. T Wang. As Defendant Townes has stated that he is interested in discussing a resolution, a mediation or settlement conference here is appropriate and justified. As this case involves facets relating to Plaintiff's employment by Defendant, Plaintiff would appreciate an opportunity to participate in a mediation with Defendant. In the alternative, Plaintiff requests a referral to the Southern District's Alternative Dispute Resolution Program under Rule 83.9.

We thank Your Honor for the time and consideration of these matters.

Respectfully submitted,

DEREK SMITH LAW GROUP

*/s/ Danilo Bandovic*

Danilo Bandovic
1 Penn Plaza Suite 4905
New York, NY 10119
212-587-0760

**CC:**
David K. Townes
250 Park Ave, 10th Floor
New York, NY 10075

David K. Townes
900 Park Avenue Apt 23B
New York, NY 10075

and via email to davidtownes@pobox.com

2