**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JANE DOE,

                Plaintiff,                          19-CV-8034 (ALC) (OTW)

      -against-                             **ORDER**

DAVID K. TOWNES,

                Defendant.

---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On July 31, 2020, the parties appeared for a telephonic status conference. As directed at the conference:

- Defendant to provide his contact information to the Court by August 7, 2020. Defendant may email the information to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

- Defendant to review the Pro Se Consent to Electronic Service form sent to him on July 31, 2020. If Defendant consents, he should email the completed form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

- Plaintiff to order the transcript of the July 31, 2020 conference and to provide the transcript to the *pro se* Defendant.

The Plaintiff is directed to email a copy of this Order to the *pro se* Defendant and file proof of service within seven days of this Order.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: July 31, 2020                              **Ona T. Wang**
      New York, New York              United States Magistrate Judge