UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JANE DOE,

                Plaintiff,                         19-CV-8034 (ALC) (OTW)

      -against-                             **ORDER**

DAVID K. TOWNES,

                Defendant.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The portion of the preliminary injunction (ECF 11) that enjoined Defendant from "[r]evealing Plaintiff's name to the media or any third party, other than Defendant's attorney" has since be removed. (ECF 63). Earlier, I denied Plaintiff's motion to continue proceedings anonymously. (ECF 44). Accordingly, by **October 9, 2020**, Plaintiff shall amend the case caption to reflect her name.

By **October 13, 2020**, Plaintiff shall move by letter motion to keep any ECF entries, which are currently not publicly available, under seal. Any motion shall address *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016). Otherwise, all documents will be publicly available.

Plaintiff is directed to email and mail a copy of this Order to the *pro se* Defendant and file proof of service within seven days of this Order.

**SO ORDERED.**

Dated: October 6, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge