**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JENNIFER BAWDEN,

                       Plaintiff,

            -against-

DAVID K. TOWNES,

                       Defendant.

------------------------------------------------------------x

19-CV-8034 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff, who was proceeding under a pseudonym, has amended the case caption to reflect her name, Jennifer Bawden. *See* ECF 65. Accordingly, the Clerk of Court is directed to amend the case caption consistent with the above.

**SO ORDERED.**

Dated: October 9, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge