UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JENNIFER BAWDEN,

                    Plaintiff,                        19-CV-8034 (ALC) (OTW)

       -against-                             **ORDER**

DAVID K. TOWNES,

                    Defendant.
-------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       Parties are directed to appear for a status conference on **October 20, 2020 at 10:30 am**. Plaintiff's counsel, with Defendant on the line, shall call (866) 390-1828, access code 1582687. Parties should be prepared to discuss their plan to proceed with the action.

       Plaintiff is directed to email and mail a copy of this Order on Defendant and file proof of service.

**SO ORDERED.**

Dated: October 15, 2020
New York, New York

                                                *s/ Ona T. Wang*
                                                  **Ona T. Wang**
                                          United States Magistrate Judge