**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JENNIFER BAWDEN,

      Plaintiff,      19-CV-8034 (ALC) (OTW)

  -against-          **<u>ORDER</u>**

DAVID K. TOWNES,

      Defendant.
-------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

  The parties appeared for a status conference on October 20, 2020. It is HEREBY ORDERED that:

- Plaintiff is directed to order a transcript of the conference and provide a copy to Defendant.

- Plaintiff shall provide discussed caselaw to Defendant by COB **October 21, 2020**.

- Defendant shall file any counterclaims by **November 20, 2020**.

- Parties shall exchange initial disclosures by **December 18, 2020**. Plaintiff is directed to meet and confer with Defendant regarding a revised 26(f) report, available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/otwProposedCaseManagementPlanForProSeCases.pdf. Plaintiff shall file the revised report by **December 1, 2020.**

The Clerk of Court is respectfully requested to update Defendant's address to 900 Park Ave., New York, NY 10075, and mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

Dated: October 20, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge