**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JENNIFER BAWDEN,

                Plaintiff,                19-CV-8034 (ALC) (OTW)

      -against-                     **UNSEALING ORDER**

DAVID K. TOWNES,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Because Plaintiff initially filed this action under a pseudonym, filings reflecting her name were sealed. This Court then denied Plaintiff's motion to proceed anonymously, and the District Court removed the relevant portion of the preliminary injunction. (ECF 44, 63). On October 6, 2020, I ordered that by October 13, 2020 Plaintiff move to keep any ECF entries under seal sealed. (ECF 64). Plaintiff did not make such a motion.

Accordingly, the Clerk of Court is respectfully requested to unseal any docket entries currently under seal and mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: October 20, 2020                           **Ona T. Wang**
       New York, New York                United States Magistrate Judge