**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
JENNIFER BAWDEN,
:
:
                  Plaintiff,    :          19-CV-8034 (ALC) (OTW)
:
     -against-     :          **ORDER**
:
DAVID K. TOWNES,
:
:
                  Defendant.  :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of an *ex parte* email from Plaintiff's counsel dated October 21, 2020, requesting information on how to order a transcript. The Court's Individual Practices do not allow for *ex parte* communications without prior approval. In any event, the directions for obtaining transcripts are available on the Southern District of New York's website, https://www.nysd.uscourts.gov/court-reporters. Plaintiff's counsel could have found that link in the same time it took him to draft the *ex parte* email; alternatively, counsel could have simply consulted his past practices as he has ordered transcripts in this action before.

The Clerk of Court is directed to mail a copy of this Order on the *pro se* Defendant.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: October 21, 2020                                 **Ona T. Wang**
      New York, New York                   United States Magistrate Judge