**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JENNIFER BAWDEN,

                Plaintiff,                19-CV-8034 (ALC) (OTW)

        -against-                **ORDER**

DAVID K. TOWNES,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The April 7, 2021 conference at 10:30 am will be telephonic. Parties shall use the following dial-in (866) 390-1828, access code 1582687.

Plaintiff is directed to email a copy of this Order to the *pro se* Defendant.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

Dated: April 5, 2021  
New York, New York

                      *s/ Ona T. Wang*  
                      **Ona T. Wang**  
                      United States Magistrate Judge